# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LEANTHONY K. MCMILLIAN<br>    #063482 | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:24-CV-2613-S-BK |
| | § | |
| SHERIFF OF NAVARRO COUNTY | §<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

In the Objections [ECF No. 13], Plaintiff asks the Court to "mail [him] the proper forms & addresses" for him to file in state court. If Plaintiff needs appropriate forms for state court filings, he must contact the state court to obtain them.

**SO ORDERED.**

SIGNED December 2, 2024.

*[signature: Karen Gren Scholer]*
**UNITED STATES DISTRICT JUDGE**